**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 285 EAL 2014

                          Respondent    :

                                    : Petition for Allowance of Appeal from the
                                    : Order of the Superior Court

             v.                 :

CHAZ HENRY,                  :

                          Petitioner    :


## ORDER


**PER CURIAM**

     **AND NOW**, this 23rd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.